```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/15
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Consumer Financial Protection Bureau,

    Plaintiff,

v.

NDG Financial Corp., Northway Financial Corp., Ltd., Northway Broker, Ltd., E-Care Contact Centers, Ltd., Blizzard Interactive Corp., Sagewood Holdings, Ltd., New World Consolidated Lending Corp., New World Lenders Corp., Payroll Loans First Lenders Corp., and New World RRSP Lenders Corp.,

    Defendants.

Case No. 15-cv-5211

**[~~PROPOSED~~] ORDER LIFTING TEMPORARY SEAL ON ENTIRE FILE AND DOCKET**

Plaintiff Consumer Financial Protection Bureau ("Bureau") has moved for an order to temporarily seal the entire case file and docket in this matter. The motion was granted and an Order signed on July 2, 2015. Under the Order, the temporary seal was scheduled to automatically dissolve after the Court resolved any motion for protective order filed by an interested party, or on Wednesday, July 22 at 5:00pm, whichever occurred earlier. As no interested parties have filed motions for a protective order after being notified of their opportunity to do so, this Court hereby ORDERS that the temporary seal on the entire file and docket is lifted.

**IT IS THEREFORE ORDERED** that the temporary seal on the entire case file and docket in the above captioned matter will be immediately lifted.

**IT IS FURTHER ORDERED** that the Clerk of the Court will make publicly available notation of the aforementioned materials on the public record.

**IT IS FURTHER ORDERED** that upon receipt of this Order, the Clerk of the Court will lift the temporary seal.

**SO ORDERED**, this ___ day of July ___, 2015

_____

UNITED STATES DISTRICT COURT JUDGE