UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
CONSUMER FINANCIAL PROTECTION BUREAU,  :

      Plaintiff,  :

  -against-  :

NDG FINANCIAL CORP., NORTHWAY FINANCIAL  :  ECF Case
CORP., LTD., NORTHWAY BROKER, LTD., E-CARE
CONTACT CENTERS, LTD., BLIZZARD INTERACTIVE  :  INDEX NO. 15-cv-5211 (CM)
CORP., SAGEWOOD HOLDINGS, LTD., NEW WORLD  :
CONSOLIDATED LENDING CORP., NEW WORLD
LENDERS CORP., PAYROLL LOANS FIRST LENDERS  :
CORP., and NEW WORLD RRSP LENDERS CORP.,  :

      Defendants.  :
------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

    Please enter the appearance of the undersigned as counsel for defendant Sagewood Holdings, Ltd. in this action. I certify that I am admitted to practice in this court.

Dated: New York, New York         DLA PIPER LLP (US)
       November 17, 2015

                                    By: /s/ Constance C. Tse
                                        Constance C. Tse
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        Tel. (212) 335-4500
                                        Fax (212) 335-4501
                                        connie.tse@dlapiper.com

                                   *Attorneys for Sagewood Holdings, Ltd.*