UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

-against-

NDG FINANCIAL CORP., *et al.*,

Defendants and Relief Defendants.

-------------------------------------- X

15-cv-5211 (CM)

**NOTICE OF MOTION BY SAGEWOOD HOLDINGS, LTD., KNIGHTSBRIDGE HOLDINGS, LTD., PETER ASH AND PAUL ASH TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all pleadings and prior proceedings had herein, Defendants and Relief Defendants Sagewood Holdings, Ltd. and Peter Ash, and Relief Defendants Knightsbridge Holdings Ltd. and Paul Ash (collectively, the "Sagewood/Knightsbridge Defendants") through their undersigned counsel, will move this Court before the Honorable Colleen McMahon, U.S.D.J., in Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time as the Court may direct, for an Order, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing each of the claims asserted against the Sagewood/Knightsbridge Defendants and for such other and further relief as the Court may determine to be just and proper.

Dated: New York, New York
March 16, 2016

DLA PIPER LLP (US)

By: /s/ Richard F. Hans

Richard F. Hans
richard.hans@dlapiper.com
Constance C. Tse
connie.tse@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel. (212) 335-4500
Fax (212) 335-4501

Benjamin S. Boyd, *of counsel*
benjamin.boyd@dlapiper.com
DLA PIPER LLP (US)
500 8th Street, NW
Washington, DC 20004
Tel. (202) 799-4000
Fax (202) 799-5000

*Attorneys for Sagewood Holdings, Ltd., Knightsbridge Holdings, Ltd., Peter Ash and Paul Ash*