McMahon, C.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CONSUMER FINANCIAL PROTECTION
BUREAU

           Plaintiff,

    - against -

NDG FINANCIAL CORP, et al.,

           Defendants.

------------------------------------------------------------ x

15-cv-5211 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/17

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Steven Engel, hereby respectfully withdraws his appearance as counsel for NDG Financial Corporation, E-Care Contact Centers, Ltd., Blizzard Interactive Corp., New World Consolidated Lending Corp., New World Lenders Corp., Payroll Loans First Lenders Corp., New World RRSP Lenders, Kimberly DeThomas, Jeremy Sabourin, William Wrixon, Emerald Willow Holdings, Ltd., Red River Holdings Company Ltd., and Twillingate Holdings Ltd., and requests removal from service of any further pleadings in connection with the above-captioned matter, by reason that as of November 12, 2017 the undersigned will no longer be employed by or otherwise affiliated with Dechert LLP.

    Appearances by any other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
November 9, 2017

                                    DECHERT LLP

By: _____
Steven A. Engel
1095 Avenue of the Americas
New York, New York 10036
T: (212) 698-3500
F: (212) 698-3599
steven.engel@dechert.com

*Attorneys for Defendants NDG Financial Corp., E-Care Contact Centers Ltd., Blizzard Interactive Corp., New World Consolidated Lending Corp., New World Lenders Corp., Payroll Loans First Lenders Corp., New World RRSP Lenders Corp., Kimberly DeThomas, Jeremy Sabourin, William Wrixon, Emerald Willow Holdings Ltd., Red River Holdings Company Ltd., and Twillingate Holdings Ltd.*

SO ORDERED, on this 13 day of November, 2017

_____
Hon. Colleen McMahon, U.S.D.J.