UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Consumer Financial Protection Bureau,

        Plaintiffs,

    -against-

NDG Financial Corp., et al.,
        Defendants.
------------------------------------------------------------X

15 Civ. 5211 (CM) (RWL)

Amended
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Robert W. Lehrburger, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| \_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_ Specific Non-Dispositive Motion/Dispute:* | \_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | \_\_\_ Habeas Corpus |
| | \_\_\_ Social Security |
| ✓ Settlement* | \_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_ ~~Inquest After Default~~/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/18

* Do not check if already assigned for general pretrial.

Dated: 10/4/2018
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge