

February 1, 2019

Via ECF

Hon. Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Chambers 1640
New York, New York 10007

Re:   Notice to the Court of Settlement (Consumer Financial Protection Bureau v. NDG Financial et al., Case No. 15-cv-5211 (CM)(RWL))

Dear Chief Judge McMahon:

    The Bureau writes to inform the Court that the parties have reached a resolution and proposed settlement of the above-captioned matter. Simultaneously with this letter, the parties are submitting a proposed stipulated judgment addressing the resolution of the matter with the defendants and a stipulation of dismissal of several relief defendants that are not included in the proposed stipulated judgment. The filings are intended to resolve all claims against all parties.

    We appreciate the Court's continued time and attention to this matter.

                                                 Respectfully submitted,

                                                 /s/ Jessica Rank Divine

                                                 Enforcement Attorney