## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> Plaintiff, <br><br> v. <br><br> NDG Financial Corp., Northway Financial Corp., Ltd., Northway Broker, Ltd., E-Care Contact Centers, Ltd., Blizzard Interactive Corp., New World Consolidated Lending Corp., New World Lenders Corp., Payroll Loans First Lenders Corp., New World RRSP Lenders Corp., Peter Ash, Sagewood Holdings, Ltd., Kimberly DeThomas, Jeremy Sabourin, William Wrixon, <br><br> Defendants <br><br> Peter Ash, Sagewood Holdings, Ltd., Paul Ash, Knightsbridge Holdings Ltd., Paul Grehan, 0562752 B.C. Ltd., Kimberly DeThomas, Emerald Willow Holdings, Ltd., Jeremy Sabourin, Red River Holdings Company Ltd., William Wrixon, Twillingate Holdings Ltd. <br><br> Relief Defendants | Case No. 15cv5211 (CM)(RWL) <br><br> **STIPULATION OF DISMSSAL OF CERTAIN RELIEF DEFENDANTS** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and all Defendants hereby agree to the dismissal, with prejudice, of Relief Defendants Emerald Willow Holdings, Ltd. ("Emerald Willow"), Red River Holdings Company, Ltd. ("Red River"), and Twillingate Holdings, Ltd. ("Twillingate").

Dated: February 1, 2019

Respectfully submitted,

KRISTEN A. DONOGHUE
Enforcement Director

DAVID RUBENSTEIN

Deputy Enforcement Director

CYNTHIA LESSER
Assistant Deputy Enforcement Director

*[signature]*

JESSICA DIVINE
Phone: (202) 435-7863
E-Mail: jessica.divine@cfpb.gov
SHIRLEY CHIU
Phone: (202) 435-7592
E-Mail: shirley.chiu@cfpb.gov

1700 G Street NW
Washington, DC 20552

Attorney for Plaintiff
Consumer Financial Protection Bureau

*[signature]*

JEFFREY BROWN
Telephone: (212) 698-3500
E-mail: Jeffrey.Brown@dechert.com

MAY CHIANG
Telephone: (212) 649-8734
E-mail: May.Chiang@dechert.com

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

Attorneys for Defendants and Relief Defendants