**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Consumer Financial Protection Bureau,

      Plaintiff,

      v.

NDG Financial Corp., Northway Financial
Corp., Ltd., Northway Broker, Ltd., E-
Care Contact Centers, Ltd., Blizzard
Interactive Corp., New World
Consolidated Lending Corp., New World
Lenders Corp., Payroll Loans First
Lenders Corp., New World RRSP Lenders
Corp., Peter Ash, Sagewood Holdings,
Ltd., Kimberly DeThomas, Jeremy
Sabourin, William Wrixon,

      Defendants

Peter Ash, Sagewood Holdings, Ltd., Paul
Ash, Knightsbridge Holdings Ltd., Paul
Grehan, 0562752 B.C. Ltd., Kimberly
DeThomas, Emerald Willow Holdings,
Ltd., Jeremy Sabourin, Red River
Holdings Company Ltd., William Wrixon,
Twillingate Holdings Ltd.

      Relief Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/19

Case No. 15cv5211 (CM)(RWL)

**STIPULATION OF DISMSSAL OF**
**CERTAIN RELIEF DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and all

Defendants hereby agree to the dismissal, with prejudice, of Relief Defendants Emerald

Willow Holdings, Ltd. ("Emerald Willow"), Red River Holdings Company, Ltd. ("Red

River"), and Twillingate Holdings, Ltd. ("Twillingate").

Dated: February 1, 2019

Respectfully submitted,

KRISTEN A. DONOGHUE
Enforcement Director

DAVID RUBENSTEIN

Deputy Enforcement Director

CYNTHIA LESSER
Assistant Deputy Enforcement Director

*/s/ Jessica Divine*

JESSICA DIVINE
Phone: (202) 435-7863
E-Mail: jessica.divine@cfpb.gov
SHIRLEY CHIU
Phone: (202) 435-7592
E-Mail: shirley.chiu@cfpb.gov

1700 G Street NW
Washington, DC 20552

Attorney for Plaintiff
Consumer Financial Protection Bureau

*/s/ Jeffrey Brown (with consent)*

JEFFREY BROWN
Telephone: (212) 698-3500
E-mail: Jeffrey.Brown@dechert.com

MAY CHIANG
Telephone: (212) 649-8734
E-mail: May.Chiang@dechert.com

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

Attorneys for Defendants and Relief
Defendants